BL8341573

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

IN RE:                                                    CHAPTER 13 BANKRUPTCY

**MICHAEL SHRIMAN &**
**SANDRA SHRIMAN,**                   CASE NUMBER: **11-23015-RDD**

        DEBTORS.
_____/

## PRAECIPE WITHDRAWING THE PROOF OF CLAIM NUMBER 4

Main Street Acquisitions Corp., as assignee of HSBC CARD SERVICES (III) INC., by and through its counsel, hereby withdraws its Proof of Claim, filed on July 14, 2011, and marked as **number 4** on the Court's claims register, for **account number ending in 3946**, and in the amount of **$3,654.68**.

Respectfully submitted,

DATE: 7/20/11          By:          /s/THOMAS A. LEE, III
                                               Thomas A. Lee, III
                                               BECKET & LEE LLP
                                               P.O. Box 3001
                                               Malvern, PA 19355
                                               (610) 644-7800

                                               Attorney/Agent for Creditor

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

IN RE:                            CHAPTER 13 BANKRUPTCY

**MICHAEL SHRIMAN &**
**SANDRA SHRIMAN,**          CASE NUMBER: **11-23015-RDD**

         DEBTORS.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 11, a true and correct copy of the Praecipe Withdrawing Proof of Claim Number 4 was served on those listed below, via U.S. First class Mail, postage prepaid:

     Jeffrey L. Sapir
     Standing Chapter 13 Trustee
     399 Knollwood Road
     Suite 102
     White Plains, NY 10603

     H. Bruce Bronson, Jr., Esquire
     600 Mamaroneck Ave.
     Suite 400
     Harrison, NY 10528-0023

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 7/20/11         By:     /s/THOMAS A. LEE, III
                                       Thomas A. Lee, III
                                       BECKET & LEE LLP
                                       P.O. Box 3001
                                       Malvern, PA 19355
                                       (610) 644-7800