**WFB** WORLD'S FOREMOST BANK ®

July 21, 2011

CLERK
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Case #1123015 for Michael Shriman
**Account Number Ending: 7648**
**Balance: $6,084.76**

Attention Clerk:

Please withdraw the claim dated June 10, 2011 for Michael Shriman in the amount of $6,084.76 from World's Foremost Bank. This claim was submitted in error.

Sincerely,

*Amanda Rw*

Amanda Rawn
Bankruptcy Clerk
Credit Adjustment
402-323-4350

FILED
U.S. BANKRUPTCY COURT
2011 JUL 25 P 2:56
S.D.N.Y.