# Gordon & Schaal, LLP
## Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

July 28, 2011

Hon. Robert Drain
United States Bankruptcy Court
Attn: Lisa O'Shea
300 Quarropas Street
White Plains, NY 10601

    RE:    Michael and Sandra Shriman
            Case No. 11-23015
            Chapter 13

Dear Judge Drain:

    I represent JPMorgan Chase Bank on its Motion to Lift Stay regarding debtors' 2006 Ford Escape. Please mark this motion, which was scheduled for August 3, 2011, as settled.

                                               Respectfully submitted,

                                               /s/ Deborah Schaal

                                               Deborah Kall Schaal

DKS/cmc
p.c.:    H. Bruce Bronson, Jr., Esq.
        Jeffrey L. Sapir, Esq., Trustee